UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LLOYD JOHNSON,<br><br>        Petitioner,<br>v.<br><br>AL PARKE,<br><br>        Respondent. | No. 1:06-cv-224-SEB-JMS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 05/30/2007

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Lloyd Johnson
DOC #923975
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135-9275

James Blaine Martin
INDIANA STATE ATTORNEY GENERAL
jmartin@atg.state.in.us